UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   SA CV 07-612-AHS(FMOx)                          Date: January 9, 2008

Title:   Sandra Gamelin v. Homefield Financial Inc.

==================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

Stephanie Mikhail for Ellen Matheson              None
         Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
None present                         None present

PROCEEDINGS: (In Chambers)
            ORDER TO SHOW CAUSE RE LACK OF PROSECUTION
            RETURNABLE: FEBRUARY 8, 2008

    Counsel are hereby ordered to show cause in writing no later than **February 8, 2008**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of plaintiff's response.

    Counsel is advised that the Court will consider the filing of a request for entry of default as to defendant Homefield Financial Inc. on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

    The Clerk shall serve this minute order on all parties/counsel in this action.

                                                          ____ : _____
                                       Initials of Deputy Clerk:   sdm