**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**CIVIL MINUTES - GENERAL**

Case No.   SA CV 07-612-AHS(FMOx)                     Date: October 7, 2008

Title:   SANDRA GAMELIN v. HOMEFIELD FINANCIAL INC.

==================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

       Ellen Matheson                    None
       Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
None present                            None present

PROCEEDINGS: (In Chambers)
             ORDER TO SHOW CAUSE RE DISMISSAL
             RETURNABLE: NOVEMBER 10, 2008

    Counsel are hereby ordered to show cause in writing no later than **November 10, 2008**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of plaintiff's response.

    Counsel is advised that the Court will consider the filing of plaintiff's motion for entry of default judgment as to defendant Homefield Financial Inc., on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

    The Clerk shall serve this minute order on all parties/counsel in this action.

                                                        ____ : _____
                                   Initials of Deputy Clerk:  enm